**BAUTE CROCHETIERE & GILFORD LLP**
MARK D. BAUTE (State Bar No. 127329)
mbaute@bautelaw.com
LAURA E. ROBBINS (State Bar No. 234652)
lrobbins@bautelaw.com
*Admission to ED Cal. Pending*
777 South Figueroa Street, Suite 4900
Los Angeles, California 90017
Telephone: (213) 630-5000
Facsimile: (213) 683-1225

*Attorneys for Defendant*
DERRICK ROSE, an individual

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, EASTERN DISTRICT

| | |
|---|---|
| JANE DOE (A Pseudonym),<br><br>Plaintiff,<br><br>v.<br><br>DERRICK ROSE, in Individual; RANDAL HAMPTON, an Individual; RYAN ALLEN, an Individual; and DOES 1-10 Inclusive,<br><br>Defendants. | **Case No. 2:16-mc-00088-TLN-AC**<br><br>[USDC Central District - Case No. CV 15-7503-MWF(JCx)]<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**<br><br>**Hearing:**<br>Date:            June 8, 2016<br>Time:            10:00 a.m.<br>Courtroom:  26 – 8th Floor<br>Judge:           Hon. Allison Claire<br><br>Discovery Cutoff: June 17, 2016<br>Pretrial Conference: September 19, 2016<br>Trial Date: October 4, 2016 |

241080.2

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on June 8, 2016, at 10:00 a.m., or as soon thereafter as may be heard in Courtroom 26 of the above entitled court, located at 501 I Street, Sacramento, California 95814, before Magistrate Judge Allison Claire, Defendant Derrick Rose ("Mr. Rose") will, and hereby does, move this Court pursuant to Federal Rule of Civil Procedure 45 for an order compelling non-party Plaintiff's mother[1] to sit for deposition.

This Motion will be, and is hereby, made pursuant to Federal Rule of Civil Procedure 45. This motion is further based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Declaration of Laura E. Robbins, the pleadings and papers on file herein, and such other and further argument as the Court may consider at the hearing on this matter.

DATED: May 9, 2016                    **BAUTE CROCHETIERE & GILFORD LLP**

By: /s/ Laura E. Robbins
    MARK D. BAUTE
    LAURA E. ROBBINS
    Attorneys for Defendant
    DERRICK ROSE, an individual

---

[1] Plaintiff takes the position that the names of her parents must be sealed. While Mr. Rose does not agree with that position, he refers to the parents in this motion as Plaintiff's mother and Plaintiff's father. The names of Plaintiff's parents are revealed in the subpoenas, which Mr. Rose has requested to seal.

241080.2

1

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

# PROOF OF SERVICE

**JANE DOE v. DERRICK ROSE, et al.**
USDC Eastern District Case No. 2:16-mc-00088-TLN-AC
[USDC Central District Case No. CV 15-7503-MWF(JCx)] [2235.1]

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Los Angeles, State of California.  My business address is 777 South Figueroa Street, Suite 4900, Los Angeles, CA 90017.

On May 9, 2016, I served true copies of the following document(s) **NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER** described as  on the interested parties in this action as follows:

**(**SEE ATTACHED SERVICE LIST**)**

☐   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☒   **BY E-MAIL OR ELECTRONIC TRANSMISSION:**  I caused a copy of the document(s) to be sent from e-mail address jdiep@bautelaw.com to the persons at the e-mail addresses listed in the Service List.  The document(s) were transmitted at or before 6:00 p.m.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒   **BY FEDERAL EXPRESS/OVERNIGHT:**  I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

☒   **BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business

241080.2

i

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**

practices. I am readily familiar with the practice of Baute Crochetiere & Gilford LLP for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope was placed in the mail at Los Angeles, California.

On May 10, 2016, I served true copies of the following document(s) **NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER** described as on the interested parties in this action as follows:

☒  **BY HAND/PERSONAL DELIVERY:** I caused such envelope(s) to be delivered by hand only to the person(s)/office(s) indicated below.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 9, 2016, at Los Angeles, California.

/s/ Laura E. Robbins
LAURA E. ROBBINS

241080.2

ii

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**

# SERVICE LIST

**JANE DOE v. DERRICK ROSE, et al.**
USDC Eastern District Case No. 2:16-mc-00088-TLN-AC
[USDC Central District Case No. CV 15-7503-MWF(JCx)] [2235.1]

**VIA E-MAIL AND U.S. MAIL**

Brandon J. Anand, Esq.  *Attorneys for Plaintiff*
ANAND LAW, PC  *JANE DOE*
5455 Wilshire Blvd., Suite 1812
Los Angeles, CA  90036
Telephone:  (323) 325-3389
Fax:  (323) 488-9659
E-mail:  brandon@anandlaw.com;
info@anandlaw.com

**VIA E-MAIL AND U.S. MAIL**

Thaddeus J. Culpepper, Esq.  *Attorneys for Plaintiff*
CULPEPPER LAW GROUP  *JANE DOE*
710 South Garfield Avenue
Alhambra, CA  91801
Telephone:  (626) 786-2779
Fax:  (626) 380-1577
E-mail:  culpepper@alumni.pitt.edu

**VIA E-MAIL AND U.S. MAIL**

Patrick M. Maloney, Esq.  *Attorneys for Defendants*
THE MALONEY FIRM, APC  *RANDALL HAMPTON and RYAN*
2381 Rosecrans Avenue, Suite 405  *ALLEN*
El Segundo, California 90245
Telephone:  (310) 540-1505
Fax:  (310) 540-1507
E-mail:  pmaloney@maloneyfirm.com

**VIA E-MAIL AND U.S. MAIL**

Michael D. Monico, Esq.  *Attorneys for Defendants*
Barry A. Spevack, Esq.  *RANDALL HAMPTON and RYAN*
MONICO & SPEVACK  *ALLEN*
20 S. Clark Street, Suite 700
Chicago, IL  60603
Telephone: (312) 782-8500
Fax: (312) 759-2000
E-mail: mm@monicolaw.com

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

241080.2                              iii

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**

**VIA HAND/PERSONAL DELIVERY AND FEDERAL EXPRESS OVERNIGHT**

Plaintiffs' Parents Who Is Unnamed Due to Plaintiff's Objection To Publically Naming Them

BAUTE CROCHETIERE & GILFORD LLP
777 South Figueroa Street, Suite 4900
Los Angeles, CA 90017
Tel (213) 630-5000 • Fax (213) 683-1225

241080.2

iv

**NOTICE OF MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF'S MOTHER**